IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 11-50840

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

JOHNNY DELAROSA, also known as Juanillo De La Rosa,

Defendant - Appellant

Appeal from the United States District Court for the
Western District of Texas, Austin

CLERK'S OFFICE:   A:08-CR-084(2) SS

Under 5th Cir. R.42.3, the appeal is dismissed as of November 21, 2011, for want of prosecution. The appellant failed to timely pay docketing fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Nancy F. Dolly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 21, 2011

Mr. William Putnicki
Western District of Texas, Austin
United States District Court
200 W. 8th Street
Room 130
Austin, TX 78701

       No. 11-50840, USA v. Johnny Delarosa
            USDC No. 1:10-CV-799    A: 08-CR-084(02) SS

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Nancy F. Dolly, Deputy Clerk
                            504-310-7683

cc w/encl:
    Mr. Johnny Delarosa
    Mr. Joseph H. Gay Jr.